UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GERALDINE LILLIAN MAJOR,

                                   Plaintiff,         Civil Action: 8:19-cv-01033-GTS

   v.

ANDREW SAUL                                        CONSENT STIPULATION AND
COMMISSIONER OF                             ORDER TO REMAND
SOCIAL SECURITY                                PURSUANT TO 42 U.S.C. § 405(g)

                                  Defendant.
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties in the above-titled action that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

GRANT C. JAQUITH                CONBOY, MCKAY, BACHMAN, AND KENDALL LLP
United States Attorney

BY:   */s/ Alexander Broche*            BY:  /s/ Lawrence Hasseler
       Alexander Broche, Esq.                   Lawrence D. Hasseler, Esq.
       Special Assistant United States Attorney   Attorney for Plaintiff
       Attorney for Defendant                   307 State Street
       26 Federal Plaza, Room 3904          Carthage, NY 13619
       New York, New York 10278             (315) 493-0030
       (212) 264-0534                             ldhasseler@cmbk.com
       Alexander.Broche@ssa.gov

    **AND**, the Court having reviewed the record in this matter,

**IT IS** on this  6th  day of  April.              **SO ORDERED**.

                                                             _____
                                                             Hon. Glenn T. Suddaby
                                                              Chief U.S. District Judge