UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GERALDINE MAJOR,                                  :
                         Plaintiff,       : 8:19-CV-01033-GTS
  v.                                              :
ANDREW SAUL,                                      : STIPULATION AND ORDER TO
COMMISSIONER OF SOCIAL SECURITY,                  : AWARD ATTORNEY FEES & COSTS
                        Defendant.       :
----------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, et seq.) in the amount of $5,950.00 (five thousand nine hundred and fifty dollars), and costs in the amount $400.00 pursuant to 28 U.S.C. § 1920. Such award is made in full satisfaction of any claim for fees, expenses and costs. It is further agreed that payment will be made directly to Plaintiff's attorney if Plaintiff has agreed to assign the rights to fees to his attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: 05/27/20

                                                        GRANT C. JAQUITH
                                                        United States Attorney
                                                        Northern District of New York

By: */s/ Lawrence D. Hasseler*          By:   */s/ Alexander Broche*
    Lawrence D. Hasseler                       Alexander Broche
    Attorney for Plaintiff                         Special Assistant United States Attorney
    Conboy, McKay, Bachman & Kendall     Attorney for Defendant
    407 Sherman Street                            c/o Social Security Administration
    Watertown, New York 13601               Office of General Counsel
    (315) 788-5100                                 26 Federal Plaza, Room 3904
    ldhasseler@cmbk.com                      New York, New York 10278
                                                        (212) 264-1331

    AND, the Court having reviewed this matter,

    IT IS So Ordered:

                                                        Hon. Glenn T. Suddaby
                                                        Chief U.S. District Judge

Dated: May 28, 2020